CAROL E. LEVAE v. DUFF & CONGER, INC.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property, etc., of the RUSSIAN REINSURANCE COMPANY OF PETROGRAD, RUSSIA, etc. Claim of NEWARK FIRE INSURANCE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed so that the appeal can be argued on October 6, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WARD BELKNAP v. GUILLERMO WILLS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK v. CARMINE C. PUGLIESE and Others, Impleaded, etc., with CITY TRUST COMPANY and CHARLES LEVY and EDWARD M. FARUOLO.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PHYLLIS L. HEATON v. WILLIAM D. HEATON.— Motion to dismiss appeal granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MORRIS ROSNER v. JACOB REISBERG and Another, Impleaded, etc.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHIN BING.— Motion to dismiss appeal granted unless the appellant procure the record on appeal and appellant's points to be filed so that appeal can be argued on or before October 6, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MICKY MARKWOOD and Others.— Motion to dismiss appeal granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NATHAN H. LINDENAUER v. RUBEL COAL AND ICE CORPORATION.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JULIETTE M. PLUMRIDGE v. CHARLES E. PLUMRIDGE.— Motion to dismiss appeal granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BERTHA GYORGY v. BELT LINE RAILWAY CORPORATION, Impleaded, etc. IMRE GYORGY v. BELT LINE RAILWAY CORPORATION, Impleaded, etc.— Motion to dismiss appeal granted, without costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANTONIO MELIAN PAVIA v. PARK-LEXINGTON CORPORATION.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FREDERICK P. SCHAEFER v. THE O. K. TOOL COMPANY, INC.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.